IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

No. 12-20 T
(Judge Mary Ellen Coster Williams)

JOSEPH P. NACCHIO and
ANNE M. ESKER,

                              Plaintiffs,

v.

THE UNITED STATES,
                              Defendant.
_____

**NOTICE OF APPEAL**
_____

Notice is hereby given that the United States in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment (Doc. 66) entered in this action on April 30, 2015, which noted the parties' reservation of the right to appeal, and the interlocutory orders merged therein, including (i) this Court's March 12, 2014, order (Doc. 37) denying the United States' motion for summary judgment and granting, in part, the plaintiffs' motion for partial summary judgment and (ii) this Court's June 25, 2014, order (Doc. 55) denying the United States' motion for reconsideration of the March 12, 2014, order.

Respectfully submitted,

s/ Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice:  (202) 307-0878
Fax:  (202) 514-9440
Email:  jacob.e.christensen@usdoj.gov

CAROLINE D. CIRAOLO
   Acting Assistant Attorney General
DAVID I. PINCUS
   Chief, Court of Federal Claims Section

s/ David I. Pincus
Of Counsel

Attorneys for Defendant

Dated:  June 26, 2015